Circuit Court for Anne Arundel County
Case Nos. 02-K-15-000061,02-K-15-000062
02-K-15-000063 & 02-K-15-000064

IN THE COURT OF APPEALS OF MARYLAND


No. 107


September Term, 2015

_____


JOSEPH RUSSELL GEAR


v.


STATE OF MARYLAND

_____


Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten,

                    JJ.

_____


PER CURIAM ORDER

_____


Filed: April 25, 2016

JOSEPH RUSSELL GEAR         *     IN THE

                                          *     COURT OF APPEALS

         v.                      *     OF MARYLAND

                                          *     No. 107

STATE OF MARYLAND         *     September Term, 2015

## PER CURIAM ORDER

The Court having considered and granted the petition for a writ of certiorari in the above entitled case, it is this 25th day of April, 2016,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated, and the case is remanded to that Court for further consideration in light of State of Maryland v. Jeriko Graves, ____ Md.____ A.3d ____(No. 57, September Term, 2015, filed April 22, 2016). Costs in this Court and the Court of Special Appeals to be paid by Respondent.

                                          _____
                                             Chief Judge